WILLIAM B. FOLEY, PLAINTIFF IN ERROR, v. THE STATE OF NEW JERSEY, DEFENDANT IN ERROR.

On error to the Supreme Court. For opinion of Supreme Court, see *ante p.* 1.

For the plaintiff in error, *Samuel Kalisch.*

For the defendant in error, *Elvin W. Crane,* prosecutor of the pleas.

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons given by that court.

*For affirmance*—THE CHANCELLOR, GUMMERE, LIPPINCOTT, LUDLOW, VAN SYCKEL, BARKALOW, BOGERT, DAYTON, HENDRICKSON, NIXON. 10.

*For reversal*—None.